# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2904
_____

TYI DEJESUS NETTLES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


May 6, 2026


PER CURIAM.

To the extent Petitioner alleges ineffective assistance of appellate counsel, the Court denies the petition. In all other respects, the petition is dismissed. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

ROWE, NORDBY, and LONG, JJ., concur.

––––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––––

Tyi DeJesus Nettles, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.